COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: RALPH NICHOL JR.　　　　§　　　　　No. 08-19-00234-CV

　　　　　Relator.　　　　§　　　　　AN ORIGINAL PROCEEDING

　　　　　　　　　　　§　　　　　IN MANDAMUS

§

# **O R D E R**

Relator Ralph Nichol, Jr., has filed a writ of mandamus and an emergency motion for temporary relief, asking this Court to stay the trial court's September 13, 2019, order compelling Nichol—over his assertion of Fifth Amendment privilege—to answer an interrogatory question until this Court can resolve the merits of the mandamus action.

We GRANT Relator's request and will stay the trial court's order compelling Nichol's response to the interrogatory pending a response from the Real Parties in Interest. Any response from the Real Parties in Interest will be due with this Court no later than **Wednesday, September 18, 2019, at 2:00 p.m.** This stay of the trial court's order will remain in effect pending our consideration of the Real Parties in Interest's response and will remain in place unless and until it is superseded by a further order of this Court.

IT IS SO ORDERED this 16th day of September, 2019.


PER CURIAM